```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )       4:08CR3082
                              )
     v.                       )
                              )
JODENE BURKHART and           )       ORDER
KELLI LARSON,                 )
                              )
          Defendants.         )
                              )
```

IT IS ORDERED:

Defendant Larson's motion for time to file pretrial motions, filing no. 24, joined by co-defendant Burkhart, is granted. The deadline for both defendants to file pretrial motions is extended to December 1, 2008.

DATED this 17th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge