FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2011 APR -4  AM 10: 18

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082-RGK-CRZ-2 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KELLI LARSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for a hearing upon the receipt of cashiers check by the Clerk of the District Court for the District of Nebraska in the amount of $5,000 for payment made pursuant to an agreement for pretrial diversion in Case Number 4:08CR3082. It is ordered that the Clerk of the District Court deposit the check and hold the funds until judgment in the criminal case is filed or until further order by the court regarding disposition of the funds.

Dated this 4th day of ~~March~~ 2011.
April

BY THE COURT:

RICHARD G. KOPF
United States District Judge

Approved as to form:

STEVEN A. RUSSELL, #16925
Assistant United States Attorney

BRENT M. BLOOM, #18239
Attorney for Defendant